IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      *Plaintiff*, )<br>v. )<br>       )<br>SHANE L. SMITH, )<br>      *Defendant*. ) | Case No. 12-40026-RDR |

**ORDER GRANTING CONTINUANCE**

NOW on this 4th day of April, 2012, this matter comes before the Court on Defendant Shane L. Smith's Unopposed Motion to Continue (Doc. 11). After reviewing Defendant's Motion and being fully advised in the premises, the Court finds that the Motion should be and is hereby granted on the grounds stated in the Motion. The Court specifically finds:

1. Motions are currently set to be filed April 10, 2012 and responses thereto by April 17, 2012. A hearing on any motions filed is set for April 27, 2012. Trial has not yet been scheduled.

2. Defense counsel is scheduled to be in trial in another federal criminal matter the week of April 23, 2012. Further, while defense counsel has had the opportunity to review some of the discovery in this case, there will not be sufficient time to review all of it and understand it before the current deadline to file motions. Defendant also has not yet had the opportunity to request additional discovery. Given these findings, an extension of current deadlines by 45 days is appropriate.

3. This is the first continuance requested by Defendant in this matter.

4. The United States has no objection to the continuance.

5. The Court further finds that the period of delay resulting from the continuance granted pursuant to this Order shall be excludable time as provided for in 18 U.S. C. 3161 (h)(7)

in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Continuance is GRANTED.  The parties shall have until May 25, 2012 to file motions and until June 1, 2012 to file responses.  A hearing on any motions filed will be held June 12, 2012 at 10:00 a.m.

IT IS SO ORDERED.

                                                s/Richard D. Rogers
                                                United States District Judge